UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-CR-295

UNITED STATES OF AMERICA,

Plaintiff,

v.

7. MARCO ANTONIO ZAVALA

Defendants.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, July 19, 2006,** and responses to these motions shall be filed by **Monday, July 31, 2006**. It is further

ORDERED that a hearing on all pending motions and a final trial preparation conference is set for **Monday, August 7, 2006 at 4:30 p.m.** It is further

ORDERED that a six (6) day jury trial is set to commence **Monday, August 14, 2006 at 9:00 a.m.**

Dated: June 8, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge