IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  98-cr-00295-WYD-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  MARCO ANTONIO ZAVALA,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE CASE
COMPLEX AND VACATING PRESENT PRE-TRIAL AND TRIAL DATES

---

THIS MATTER comes before the Court on the Government's Motion to Declare this case complex, filed June 13, 2006 ("Motion").  On June 14, 2006, I issued a Minute Order stating that "Defendant shall respond to the Government's Motion to Declare Case Complex, filed June 13, 2006, on or before Friday, June 23, 2006."  To date, Defendant has not filed a response.  After having the opportunity to review the Motion, the file in this matter, and being otherwise fully advised in the premises,  it is hereby:

**ORDERED** that this Motion should be and is hereby **GRANTED.**

Further, the Court makes the following Findings of Fact and Conclusions of Law:

1.    As set forth in the Government's motion, this case involves only one defendant but the discovery in this case is voluminous, estimated conservatively by the Government to be in excess of 2,000 pages.  This case involves a multi-state methamphetamine distribution conspiracy involving seven defendants and also a related money laundering

conspiracy offense.

2. Also, the total volume of referenced discovery does not include the service of grand jury transcripts and other supplemental discovery that will be generated in this case in the future.

3. Wherefore, and in light of the foregoing, this Court finds, pursuant to the provisions of 18 U.S.C. §3161(h)(8), that due to the volume of discovery, this case is complex and that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself with the time limits established by the Speedy Trial Act.  **See** 18 U.S.C. §3161(h)(8)(B)(ii).

4. Therefore, the period between the date of the filing of the Government's Motion, that is, on or about June 13, 2006,  and the date the trial of this matter commences is deemed excludable time for the purposes of the Speedy Trial Act as set forth under 18 U.S.C. §3161(h)(8), with the Court specifically finding that ends of justice served by the granting of the Government's motion outweigh the best interests of the defendant and the public in a Speedy Trial.

5. Finally, and in light of this ruling, the Court hereby **VACATES** the pretrial motions and response dates, and the trial currently set to commence **Monday, August 14, 2006.**  The final trial preparation conference set for **Monday, August 7, 2006, at 4:30 p.m.** is converted to a status conference and **RESET** for **Thursday, August 10, 2006, at 4:30 p.m**.

Dated: June 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge