**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| Date: | May 9, 2007 | Probation: | Caryl Ricca |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **98-cr-00295-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

       Plaintiff,

v.

**1. MARCO ANTONIO ZAVALA**,                 Patrick L. Ridley

       Defendant.

_____

**SENTENCING**
_____

**10:01 a.m.**    Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - February 22, 2007 at 10:00 a.m.
        Plea of Guilty - count nine of First Superseding Indictment**

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Spanish)

        Court's opening remarks.

10:03 a.m.    Statement and argument on behalf of Government (Mr. Boma).

10:03 a.m.    Statement on behalf of Defendant (Mr. Ridley).

10:05 a.m.    Statement by Defendant on his own behalf (Mr. Zavala).

        Court makes findings.

Judge Wiley Y. Daniel
98-cr-00295-WYD - Sentencing Minutes

**ORDERED:** Government's Motion to Reduce Sentence Under the Provisions of Section 5K1.1, U.S. Sentencing Guidelines (#521 - 3/14/07) is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility Under U.S.S.G 3E1.1(b) (#519 - 2/27/07) is **GRANTED.**

Order Granting Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

Judge Wiley Y. Daniel
98-cr-00295-WYD - Sentencing Minutes

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Count One of the First Superseding Indictment as to Defendant Zavala Only (#520 - 2/27/07) is **GRANTED.**

Order Granting Government's Motion to Dismiss Count One of the First Superseding Indictment as to Defendant Zavala Only is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:14 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:13**