**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  98-cr-00295-WYD-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  MARCO ANTONIO ZAVALA,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION FOR
DEFENDANT TO RECEIVE THE THIRD LEVEL FOR
ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, the defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

**DATED** this 9th day of May, 2007.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL, JUDGE
                                          UNITED STATES DISTRICT COURT