**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 98-cr-00295-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. MARCO ANTONIO ZAVALA,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT ONE OF THE FIRST SUPERSEDING INDICTMENT AS TO DEFENDANT ZAVALA ONLY

---

    **THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

    THEREFORE, pursuant to the Government's plea agreement with this defendant, Count One of the First Superseding Indictment is hereby **DISMISSED WITH PREJUDICE** as to this defendant only.

    Dated: May 11, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge